IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA ANN-MARIE CLARK and ROBERT NICHOLAS CLARK, II, Individually and on Behalf of G.C., a Minor Child | PLAINTIFFS |
| v. | CAUSE NO. 1:22CV105-LG-RPM |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS LLC; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; and HALLIBURTON ENERGY SERVICES, INC. | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Order entered herewith, this Court finds that Defendants are entitled to summary judgment.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 7th day of August, 2023.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE